UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| United States of America<br>Plaintiff, | * <br> * | 00-6109 CIV-GONZALEZ |
| vs. | * | Docket No. 91-6063-CR-GONZALEZ<br>DEFENDANT NO. 2 |
| | * | MAGISTRATE JUDGE SORRENTINO |
| Libardo Meyendorif-Alvarez<br>Defendant., | *<br>* | |

Motion by defendant Libardo Meyendorif-Alvarez seeking dismissal of any indictment, due to actual innocence.

Comes Now, Libardo Meyendorif-Alvarez, defendant, seeking dismissal of the indictment of the conviction and the sentence imposed where the district court imposed such sentence without constitutional authorization and because the jury by law **[In re- Winship, 397 US 358 (1970)]**.

cat / div. _CV B FTL_
Case # _00-CV-6109_
Judge _JAG_  Mag _CHS_
Motn Ifp _no_   Fee pd $ _0_
Receipt # _____

(1)

## FACTS TO SUPPORT

1. The indictment charged a violation of **title 18 USC § 846, conspiracy to possess**; petitioner is a citizen of Columbia.

The United States of America is a signatory to the Vienna Convention Treaty Act on consular relations, April 24, 1963. TIA 6820 **21 UST § 77 article 36(1)(b)**. The Vienna Convention Treaty Act was ratified by the United State senate in 1969 and applies to the states and the federal government by **virtue** of the supremacy clause. Article 36(1)(b) spells out the responsibilities of the government whenever it arrests a foreign nationalist. Article 36(1)(b) establishes a comprehensive scheme for the implementation of those responsibilities under the Vienna Convention. Article 36(1)(b) reads in pertinent part as follows:

1. With a view to facilitating the exercise of consul functions relation to the nationals of sending states: (a) consular officer shall be free to communicate with nationals of the sending state and have access to them. National of the sending state shall have the same freedom with respect to communication with and have access to consular officer of the sending state. The Vienna Convention Treaty Act is self-execution which means the person arrested can assert the right. **United States v. Lombera Camorlinga, 170 F.3d 124 (ninth cir. 1999).**

**The Vienna Convention Treaty Act has the exalted status as the supreme law of the land,** and Judges have a special obligation to make sure that right under the Vienna Convention Treaty Act are respected. Both the state and federal authoritied have repeatedly ignored their obligational duties under

(2)

the law of the land. Fifth Amendment Vienna Convention Treaty Act UST § 77 Article 36(1)(b).

The conviction was obtained plea of guilty and defend did not understanding the charge or the consequences of the plea. **Title 18 USC 3006 A(a); title 28 USC § 453.**

Now, because the federal government by virtue of the supremacy clause. Article 36(1)(b) spells out the responsibilities when the government arrests petitioner who is a foreign national.

### Relief Sought

Grant release immediately, dismiss indictment.

### Certificate of Service

I declare under the penalty of perjury that the above is true and a copy has been sent by mail postage repaid to the following:

**USDC
Southern District of Florida
299 E. Broward Blvd.
Fort Lauderdale, FL. 33301**

Done this __13__ day of __01__, 2000.

_____
Libardo Meyenderif-Alvarez
Reg.# 42652-004
P.O. Box 7007
Marianna, FL. 32447-7007