UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6109-CIV-GONZALEZ
(91-6063-CR-GONZALEZ)
MAGISTRATE JUDGE SORRENTINO

LIBARDO MEYENDORIF-ALVAREZ, :

    Movant, :

v. : FINAL JUDGMENT
       MOTION TO VACATE

UNITED STATES OF AMERICA, :

    Respondent. :

_____

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to vacate pursuant to 28 U.S.C. §2255 is dismissed, as time barred, and alternately is denied as without merit. The case is closed.

2. All motions related to the civil case not otherwise ruled upon are dismissed, as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of April, 2000.

/s/ Jose A. Gonzalez
UNITED STATES DISTRICT JUDGE

cc: Libardo Meyendorif-Alvarez, Pro Se

*Final Order*